# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| Case No. | CV 20-9935 PA (JCx) | Date | June 26, 2023 |
|---|---|---|---|
| Title | Crystal Vargas, et al. v. State Farm General Ins. Co., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Kamilla Sali-Suleyman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   IN CHAMBERS ORDER

The Court has been informed that on June 22, 2023, the parties reached a settlement agreement and recited it on the record before United States Magistrate Judge Jacqueline Chooljian. (Docket No. 121.) As part of their settlement, the parties have agreed to file a stipulation dismissing this action with prejudice no later than July 26, 2023. Accordingly, the Court vacates all outstanding dates in this action. The Court administratively closes this action without prejudice to either party seeking to reopen the action no later than July 26, 2023, to enforce the terms of the settlement if it is not consummated for some reason. After July 26, 2023, and absent a further order of the Court, the Clerk is ordered to dismiss this action with prejudice. This action is taken off the Court's active trial calendar and administratively closed.

IT IS SO ORDERED.