1  VargasHELEN M. LUETTO, State Bar No. 119478
   hluetto@wfbm.com
2  KENDRA E. BRAY, State Bar No. 285743
   kbray@wfbm.com
3  WFBM, LLP
   Attorneys at Law
4  19900 MacArthur Boulevard, Suite 1150
   Irvine, California 92612-2445
5  Telephone:  (714) 634-2522
   Facsimile:   (714) 634-0686
6
7  Attorneys for STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CRYSTAL VARGAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 2:20−cv−09935−PA−JCx<br><br>(Los Angeles Superior Court, Case No. 20STCV35651)<br><br>**ORDER GRANTING FOR DISMISSAL**<br><br>Judge:  Hon. Percy Anderson<br>Final Pre-Trial Conf.: June 2, 2023<br>Trial Date:           June 27. 2023 |

This Court has read and considered the stipulation reached between plaintiffs Crystal Vargas and Javier Martinez ("Plaintiffs") and defendant State Farm General Insurance Company ("State Farm"). The stipulation allows for a dismissal of this action against State Farm, so long as the dismissal is with prejudice and each party bears their/its own costs and fees, including attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The Court accepts the stipulation and hereby orders:

2  Plaintiffs' action against State Farm is dismissed WITH PREJUDICE.  Each
3  party shall bear his/her/its own costs and fees, including attorney's fees.

4  **IT IS SO ORDERED.**

Dated: July 27, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE